STATE OF CONNECTICUT *v.* GUILLERMO SANTA

*Teri E. Bayer*, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided September 27, 2000

RONALD LEE DANIEL *v.* COMMISSIONER OF
CORRECTION

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Adele V. Patterson*, deputy assistant public defender, in support of the petition.

*Carolyn K. Longstreth*, senior assistant state's attorney, in opposition.

Decided October 2, 2000

STATE OF CONNECTICUT *v.* LARRY FULLER

*Louis S. Avitabile*, special public defender, in support of the petition.

*Nancy L. Chupak,* deputy assistant state's attorney, in opposition.

Decided October 2, 2000

ALAN MARIS *v.* PAMELA JO MCGRATH

The Supreme Court docket number is SC 16394.

*James E. Mattern,* in support of the petition.

Decided October 2, 2000

STATE OF CONNECTICUT *v.* ALEXANDER LACKS

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Suzanne Zitser,* assistant public defender, in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided October 2, 2000